AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| ELIANI GIL<br><br>*Plaintiff(s)*<br>v.<br>Mideal Food Service LLC, Leonardo G. Correia,<br>Elias David Munoz, Julio Pena, Danilo Arsenijevith,<br>Manuel Jimenez, Ideal Food Distributors LLC,<br>Edwin B. Perez<br><br>*Defendant(s)* | Civil Action No. 6:16cv-1826-O1-28GJK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mideal Food Service LLC, d/b/a Punto Latino Restaurant and Bakery
Registered Agent:
Danilo Arsenijevith
4333 Silver Star Rd., Unit 180
Orlando, FL 32308

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anthony Georges-Pierre, Esq. / Florida Bar No.533637
Remer & Georges Pierre, PLLC
44 West Flagler Street, Suite 2200, Miami, FL 33130
Tel: 305-416-5000 / Fax: 305-416-5005
agp@rgpattorneys.com, apetisco@rgpattorneys.com, rregueiro@rgpattorneys.com,
pn@rgpattorneys.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10.21.2016

*Signature of Clerk or Deputy Clerk*