# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ELIANI GIL,**

    **Plaintiff,**

v.                                             Case No: 6:16-cv-1826-Orl-28GJK

**MIDEAL FOOD SERVICE LLC,
LEONARDO G. CORREIA, ELIAS
DAVID MUNOZ, JULIO PENA, DANILO
ARSENIJEVITH, MANUEL JIMENEZ,
IDEAL FOOD DISTRIBUTORS LLC and
EDWIN B. PEREZ,**

    **Defendants.**

## ORDER

This case is before the Court on the Motion to Dismiss (Doc. No. 20) filed by Defendants Mideal Food Service, LLC, d/b/a Punto Latino Restaurant and Bakery, Edwin B. Perez, and Danilo Arsenijevith. The assigned United States Magistrate Judge has submitted a Report (Doc. 30) recommending that the motion be granted in part and denied in part. No party has filed an objection to the Report and Recommendation and the time to do so has passed.

After a *de novo* review of the record in this matter, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation (Doc. No. 30) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Dismiss (Doc. No. 20) is **GRANTED in part and DENIED in part**.

3. The Complaint is dismissed without prejudice.

4. Plaintiff has fourteen days from the date of this Order to file an amended complaint.

5. The Motion is **DENIED** in all other respects.

**DONE** and **ORDERED** in Orlando, Florida, on March 31, 2017.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Parties