UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ELIANI GIL,

        Plaintiff,

v.                                                Case No: 6:16-cv-1826-Orl-28GJK

MIDEAL FOOD SERVICE LLC, ELIAS
DAVID MUNOZ, MANUEL JIMENEZ,
IDEAL FOOD DISTRIBUTORS LLC and
TEXQUENOS 1 LLC,

        Defendants.
_____

## ORDER

    In light of the Notice of Voluntary Dismissal Without Prejudice (Doc. 63), which is self-executing under Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk is directed to close this case.

    **DONE** and **ORDERED** in Orlando, Florida, on July 25, 2018.

                                              JOHN ANTOON II
                                              United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party